PD-0583-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/13/2015 4:27:24 PM
Accepted 5/15/2015 11:15:36 AM
ABEL ACOSTA
CLERK

**IN THE**
**COURT OF CRIMINAL APPEALS**
**OF TEXAS**
**IN AUSTIN, TEXAS**

FILED IN
COURT OF CRIMINAL APPEALS

May 15, 2015

ABEL ACOSTA, CLERK

**JAMES CHARLES BEDREE,**
**Appellant**

v.

**THE STATE OF TEXAS,**
**Appellee**

*On Petition for Discretionary Review from the Seventh Court of Appeals at Amarillo, Texas in Appeal No. 07-14-00009-CR*

*On appeal from the 181st Judicial District Court, Randall County, Texas Trial No. 23,626-B*

**MOTION FOR EXTENSION OF TIME FOR APPELLANT TO FILE PRO SE PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF SAID COURT:

Now Comes the undersigned counsel who brings this motion on behalf of Appellant James Charles Bedree in order to protect Appellant's right to and allow him sufficient time to file his Petition for Discretionary Review pro se. The undersigned represented Appellant in the Seventh Court of Appeals, and the undersigned advised Appellant in correspondence dated April 3, 2015, and received by Appellant on April 6, 2015, that the representation was terminated. Counsel now brings this motion requesting for Appellant to be allowed an extension of 60 days to file his Petition for

–1–

Discretionary Review. Counsel on behalf of Appellant would show this Honorable Court the following:

I.

Appellant was found guilty of indecency with a child by contact, a second-degree felony, and he was subsequently sentenced to confinement for 20 years in the Institutional Division of the Texas Department of Criminal Justice and to pay a fine of $10,000. (CR: 118, 124, 135; RR6: 60-61; RR7: 148). TEX. PENAL CODE §§ 12.33, 21.11(a)(1), 21.11(c), 21.11(d). Appellant was sentenced and judgment was entered on January 13, 2014. (CR: 124, 135; RR7: 148).

II.

The Court of Appeals for the Seventh District of Texas at Amarillo affirmed the conviction on March 31, 2015. *James Charles Bedree v. State*, Appeal No. 07-14-00009-CR, 2015 Tex. App. LEXIS 3187 (Tex. App. — Amarillo Mar. 31, 2015).

III.

The date for filing Appellant's Petition for Discretionary Review was April 30, 2015. TEX. R. APP. P. 68.2(a).

IV.

The date for requesting an extension of time to file the Petition for Discretionary Review is May 15, 2015. TEX. R. APP. P. 68.2(c). This motion is accordingly brought on May 13, 2015.

V.

The facts relied upon to show good cause for this requested extension are as follows: retained counsel terminated the representation shortly after the decision of the Court of Appeals, and Appellant is not entitled to appointed counsel on a petition for discretionary review, *Ex parte Wilson*, 956 S.W.2d 25, 26 (Tex.Crim.App. 1997), and further, there are indications to the undersigned counsel that Appellant desires to pursue a petition for discretionary review pro se, even though evidently no extension has been received by this Court.

VI.

Appellant is located as of May 13, 2015, according to the website of the Texas Department of Criminal Justice, as follows:

**James Charles Bedree**
**01909653**
**Tulia Transfer Facility**
**4000 Highway 86 West**
**Tulia, TX 79088**

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel on behalf of Appellant respectfully requests that this Honorable Court

extend the time for filing the Petition for Discretionary Review for 60 days, from April 30, 2015 to June 29, 2015, and notify Appellant at the address shown in Part VI of this motion of this Court's ruling.

Respectfully submitted,

/s/ Christian T. Souza
**Christian T. Souza**
SBN: 00785414
4303 N. Central Expressway
Dallas, Texas 75205
Tel. (214) 862-7462
Fax (214) 696-0867

(Not Seeking to Appear of Record)

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion For Extension Of Time For Appellant To File Pro Se Petition For Discretionary Review has been sent by electronic mail to Warren Clark, Assistant District Attorney, Office of the Randall County District Attorney, who represented the State in the Seventh Court of Appeals, at the e-mail address shown below, and that a copy was provided to the Office of the State Prosecuting Attorney at the address shown below:

Warren Clark
Assistant District Attorney Randall
County District Attorney E-Mail:
clarkwl3@gmail.com

Lisa C. McMinn
State Prosecuting Attorney
Email: information@spa.texas.gov

/s/ Christian T. Souza
Christian T. Souza